IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON PUBLIC SCHOOLS,

    Plaintiff,

    - vs -

LISA CUMMINGS-ELMORE, et. al.,

    Defendants.

Case No. 3:17cv338

## ORDER TRANSFERRING CASE

The Honorable Walter H. Rice, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above-captioned case is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice, to the Clerk of Court for reassignment.

It is so ORDERED.

September 29, 2017

                                                    WALTER H. RICE, JUDGE
                                                  UNITED STATES DISTRICT COURT