# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Dayton Public Schools<br>*Plaintiff*<br>v.<br>Lisa Cummings-Elmore, et al.,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-cv-338<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ADOPTING REPORT AND RECOMMENDATIONS, OVERRULING DEFENDANT LISA CUMMINGS-ELMORE=S OBJECTIONS TO MAGISTRATE=S REPORT AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION TO REMAND TO MONTGOMERY COUNTY COURT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations

Date: 1/12/2018

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk